[No. 10596-2-III. Division Three. June 25, 1992.]

THE STATE OF WASHINGTON, on the Relation of M.A.V., Respondent, v. G.G., Appellant.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-5-00523-1, Robert N. Hackett, Jr., J., entered January 12, 1990. *Remanded with instructions* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 10629-2-III. Division Three. June 25, 1992.]

THE STATE OF WASHINGTON, Respondent, v. SELSO GONZALES SANDOVAL, Appellant.

Appeal from a judgment of the Superior Court for Adams County, No. 89-1-00050-4, Richard M. Miller, J., entered January 29, 1990. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11333-7-III. Division Three. June 25, 1992.]

TARESA FOREMAN, Appellant, v. CASCADIAN FRUIT SHIPPERS, INC., Respondent.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-2-00007-3, John E. Bridges, J., entered December 31, 1990. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.